# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CERTAIN INTERESTED
UNDERWRITERS AT LLOYD'S
LONDON,

        Plaintiff,

-vs-                              Case No. 6:09-cv-1414-Orl-28DAB

ALIE G. JINDANI, PRAVIN C. GANDHI,
MANHAR C. GANDHI, DINESH C.
GANDHI, SURESH C. GANDHI, 4G
ENTERPRISES OF BREVARD, INC.,
SHELLEY EHRLICH, DANIEL EHRLICH,
ARI EHRLICH, MEGAN AMANDA
EHRLICH,

        Defendants.
_____

## ORDER

This case is before the Court on Motion for Default Judgment as to 4G Enterprises of Brevard, Inc. (Doc. No. 32) filed October 22, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 9, 2009 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment as to 4G Enterprises of Brevard, Inc. (Doc. No. 32) is **DENIED**.

3. Plaintiff's claim against Defendant 4G Enterprises of Brevard, Inc. is **DISMISSED without prejudice.**

**DONE and ORDERED** in Chambers, Orlando, Florida this 25 day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party